UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 20-11367 |
| | ) | |
| Alan Enderle | ) | In Bankruptcy (Cincinnati) |
| Sandra Enderle | | Chapter 7 - Judge Hopkins |
|    Debtors | ) | |

**MOTION FOR AUTHORITY TO CLOSE PROCEEDING
WITHOUT ABANDONING ASSET OF BANKRUPTCY ESTATE**

Harold Jarnicki, Trustee of the above captioned bankruptcy estate, moves this Court for authority to close this proceeding without abandoning the debtor(s)' interest in a pending personal injury claim which occurred on or about November 7, 2019

/s/ Harold Jarnicki
Harold Jarnicki
Bankruptcy Trustee
576 Mound Court, Suite B
Lebanon, Ohio 45036
(513)932-5792
Fax: (513)932-5443
jarnickihsd9@earthlink.net

**MEMORANDUM IN SUPPORT OF MOTION**

The debtors filed a voluntary Chapter 7 petition on May 7, 2020. In the bankruptcy petition, debtor(s) listed a pending personal injury claim against UC Health - West Chester which occurred on or about November 7, 2019. The Trustee requests authority to file a Report of No Distribution at this time, without abandoning the interest in the pending suit. In the event a settlement award is presented in the future, the bankruptcy estate could be reopened to administer the award.

WHEREFORE, the Trustee requests that an order be entered authorizing the closing of the case without abandonment of the debtor(s)' interest in the pending personal injury claim..

/s/ Harold Jarnicki
Harold Jarnicki
Bankruptcy Trustee
576 Mound Court, Suite B
Lebanon, Ohio 45036
(513)932-5792
Fax: (513)932-5443
jarnickihsd9@earthlink.net

# NOTICE OF MOTION FOR AUTHORITY TO CLOSE PROCEEDING WITHOUT ABANDONING ASSET OF BANKRUPTCY ESTATE

Harold Jarnicki, Trustee has filed a Motion for Authority to Close Proceeding without abandoning the debtor(s)' interest in a pending personal injury claim. You should read these papers carefully and discuss them with your attorney, if you have one. If you do not want the Court to approve the Motion, then on or before twenty-one (21) days from the date of this notice, you or your attorney must file with the Court a written response to the motion, explaining your position at United States Bankruptcy Court, 221 E. Fourth Street, Suite 800, Cincinnati, Ohio 45202.

If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above.

You must also mail a copy to:

| | |
|---|---|
| U.S. Trustee | Harold Jarnicki, Esq. |
| J.W. Peck Federal Building | 576 Mound Court, Suite B |
| 550 Main Street, Room 4-812 | Lebanon, Ohio 45036 |
| Cincinnati, Ohio 45202 | |

If you or your attorney do not take these steps, the Court may decide that you do not oppose the motion.

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Motion was served (i)electronically on the date o f filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by First U.S.Class mail on March 29, 2021, on all creditors and parties in interest listed on the attached mailing matrix.

/s/ Harold Jarnicki
Harold Jarnicki
Trustee

/s/ Harold Jarnicki
Harold Jarnicki
Bankruptcy Trustee

```
Label Matrix for local noticing            AMC                                     AMEX
0648-1                                     1677 St Rte #303                        P.O. Box 7610
Case 1:20-bk-11367                         Streetsboro, OH 44241                   Fort Worth, TX 76111-0610
Southern District of Ohio
Cincinnati
Mon Mar 29 10:16:32 EDT 2021

APM Financial Solutions                    Alpine Asset Management Group           Alpine Financial Solutions
2C South Gold Dr                           c/o Slovin & Associates Co., LPA        3600 S. Beeler St
Trenton, NJ 08691-1633                     8150 Corporate Park Dr., Suite 350      STE 300
                                           Cincinnati, OH 45242-3320               Denver, CO 80237-1835


Asset Acceptance                           Associated Recovery Systems             Asst US Trustee (Cin)
Attn: Bankruptcy Dept                      8665 Baypine Road                       Office of the US Trustee
PO Box 2036                                Ste 200                                 J.W. Peck Federal Building
Warren, MI 48090-2036                      Jacksonville, FL 32256-7559             550 Main Street, Suite 4-812
                                                                                   Cincinnati, OH 45202-5212


(p)ATLAS ACQUISITIONS LCC                  Barclaycard                             Beacon Orthopaedics Surgery Center LLC
492C CEDAR LANE SUITE 442                  P.O. Box 13337                          PO Box 634137
TEANECK NJ 07666-1713                      Philadelphia, PA 19101-3337             Cincinnati, OH 45263-4137



Beacon Orthopedics                         Bethesda Hospital                       Bioworks Inc
PO Box 634143                              P.O. Box 630823                         PO Box 641089
Cincinnati, OH 45263-4143                  Cincinnati, OH 45263-0823               Cincinnati, OH 45264-1089



Butler County Court Area II                Butler County Court, Area III           Butler County Court, Area III
101 High St                                9577 Beckett Rd., Suite 300             9577 Beckett Rd., Suite 300
Hamilton, OH 45011-2752                    CVF1901150                              CVF1901678
                                           West Chester, OH 45069-5050             West Chester, OH 45069-5050



Butler County Court, Area III              (p)CBC                                  CBCS
9577 Beckett Rd., Suite 300                PO BOX 5067                             Attn: Bankruptcy Dept
West Chester, OH 45069-5050                KINGSPORT TN 37663-0067                 2644 W. Market St
                                                                                   Akron, OH 44333


CC Holdings/CardMember Services            Calvalry Portfolio                      Capital  One Bank
Attn: Card Services                        Attn: Bankruptcy Dept                   366 E. Broad Street
Po Box 9201                                4050 E. Cotton Center Blvd              Columbus, OH 43215-3819
Old Bethpage, NY 11804-9001                Phoenix, AZ 85040-8861



(p)CAPITAL ONE                             Capital One Bank                        Chase
PO BOX 30285                               2425 Commerce Ave.                      Attn: Bankruptcy Dept
SALT LAKE CITY UT 84130-0285               Bldg. 2100 Ste. 100                     PO Box 15902
                                           Duluth, GA 30096-8913                   Wilmington, DE 19850-5902



Cheek Law Office                           Cincinnati Bell                         Commercial Recovery Systems, Inc.
471 East Broad Street 12th Floor           P. O. Box 748003                        8035 East R.L. Thornton, Suite 220
Columbus, OH 43215-3806                    Cincinnati, OH 45274-8003               Dallas, TX 75228-7145
```

Computer Collections INC
470 West Hanes Mill Road
PO Box 5238
Winston Salem, NC 27113-5238

Control Credit Corporation
PO Box 5154
Cincinnati, OH 45205-0154

Controlled credit corp
PO Box 1891
Southgate, MI 48195-0891

Credence Resource Management
17000 Dallas Parkway
Suite 204
Dallas, TX 75248-1940

Credit One Bank
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193-8873

Credit One Bank
P.O. Box 98873
Las Vegas, NV 89193-8873

David Bader Esq
PO Box 42465
Cincinnati, OH 45242-0465

Direct Merchants
Attn: Bankruptcy Dept
PO Box 105278
Atlanta, GA 30348-5278

Dynamic Recovery Solutions
PO Box 25759
First Premier)
Greenville, SC 29616-0759

Dynamic Recovery Solutions
PO Box 25759
Greenville, SC 29616-0759

ERS
P.O. Box 1327
Mansfield, OH 44901-1327

Alan Enderle
8535 Monticello Dr
West Chester, OH 45069-3231

Sandra Enderle
8535 Monticello Dr
West Chester, OH 45069-3231

Escallate
5200 Stoneham Road Suite 200
North Canton, OH 44720-1584

Financial Recovery Services
P.O. Box 385908
Minneapolis, MN 55438-5908

First Federal Control, Inc.
24700 Chagrin Blvd
Suite 205
Beachwood, OH 44122-5662

First Nataional Bank/Legacy
Attn: Bankruptcy
Po Box 5097
Sioux Falls, SD 57117-5097

First PREMIER Bank
Attn: Bankruptcy
Po Box 5524
Sioux Falls, SD 57117-5524

GE Money Bank
P.O. Box 9769
Macon, GA 31297-9769

GLA Collection Company INc.
DAKS1123
P.O. Box 1022
Wixom, MI 48393-1022

(p)G L A COLLECTION CO INC
PO BOX 588
GREENSBURG IN 47240-0588

Adam Bradley Hall
Manley Deas Kochalski
P.O. Box 165028
Columbus, OH 43216-5028

IRS
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

JC Penney
PO Box 960090
Orlando, FL 32896-0090

Harold Jarnicki
576 Mound Court
Suite B
Lebanon, OH 45036-2090

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Kohls/Capital One
Attn: Credit Administrator
Po Box 3043
Milwaukee, WI 53201-3043

Kohls/Capital One
PO Box 3043
Milwaukee, WI 53201-3043

LVNV Funding
5348 Vegas Drive
Las Vegas, NV 89108-2347

Leading Edge REcovery
8550 W. Bryn Wawr Ave. Ste. 350
Chicago, IL 60631-3221

| | | |
|---|---|---|
| Legacy<br>81 Robin Hood Lane A<br>Troy, OH 45373-1575 | Levy & Associates<br>4645 Executive Drive<br>Columbus, OH 43220-3601 | Medical Xray Inc<br>P.O. Box 42456<br>Cincinnati, OH 45242-0456 |
| Merchants & Medical Credit Corp.<br>6324 Taylor Drive<br>Flint, MI 48507-4685 | Merrick<br>P.O. Box 9201<br>Old Bethpage, NY 11804-9001 | Midland Funding<br>2365 Northside Dr Ste 300<br>San Diego, CA 92108-2709 |
| Monarch Recovery Management , Inc<br>10965 Decatur Road<br>Philadelphia, PA 19154-3210 | Morgan & Pottinger<br>204 E. Market Street<br>Louisville, KY 40202-1218 | NCO Financial<br>Attn: Bankruptcy Dept<br>PO Box 41466<br>Philadelphia, PA 19101 |
| National Credit Inc<br>PO Box 26314<br>Lehigh Valley, PA 18002-6314 | Nationwide Credit<br>P.O. Box 740603<br>Atlanta, GA 30374-0603 | Nelson, Watson & Accociates, LLC<br>80 Merrimack Street Lower Level<br>Haverhill, MA 01830-5211 |
| Northland Group<br>PO Box 390846<br>Edina, MN 55439-0846 | Ohio Department of Taxation<br>Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH 43216-0530 | Ohio Heart & Vascular Center Inc<br>P.O. Box 635736<br>Cincinnati, OH 45263-5736 |
| One Advantabe, LLC<br>P.O. Box 23920<br>Belleville, IL 62223-0920 | OneMain Financial<br>Attn: Bankruptcy<br>Po Box 3251<br>Evansville, IN 47731-3251 | P. Robert Schwetschenau<br>10550 Montgomery Rd<br>ste 33<br>Cincinnati, OH 45242-4498 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Physicians Anesthesia Services<br>PO Box 640738<br>Cincinnati, OH 45264-0738 | Portfolio Recover Associates LLC<br>Dept. 922<br>P.O. Box 4115<br>Concord, CA 94524-4115 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Protocol Recovery Service<br>509 Mercer Ave<br>Panama City, FL 32401-2631 | Qualified Emergency Specialists<br>3131 Queen City Ave.<br>Cincinnati, OH 45238-2316 |
| RAB Performance Recoveries<br>c/o Thomas & Thomas<br>629 Euclid Ave, Suite 740<br>Cleveland, OH 44114-3007 | Radius Global Solutions<br>P.O. Box 390916<br>Minneapolis, MN 55439-0911 | Redline Recovery Services<br>2350 North Forest Road<br>Suite 31B<br>Getzville, NY 14068-1398 |
| Riverhills Health Care Inc<br>4805 Montgomery Rd.<br>Cincinnati, OH 45212-2283 | Select Portfolio Servicing<br>PO Box 65450<br>Salt Lake City, UT 84165-0450 | Todd W Souve<br>Amourgis and Associates<br>3200 West Market Street<br>Suite 106<br>Akron, OH 44333-3324 |

| | | |
|---|---|---|
| (p)SPRINT<br>C O AMERICAN INFOSOURCE<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Synchrony Bank/ JC Penneys<br>Attn: Bankruptcy<br>Po Box 956060<br>Orlando, FL 32896-0001 |
| Synchrony Bank/Amazon<br>Attn:  Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Walmart<br>Attn:  Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | (p)T MOBILE<br>C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 |
| The Jewish Hospital<br>P.O. Box 630804<br>Cincinnati, OH 45263-0804 | Thomas & Thomas<br>629 Euclid Ave., Ste. 740<br>Cleveland, OH 44114-3007 | TriHealth<br>619 Oak St.<br>Cincinnati, OH 45206-1613 |
| TriHealth<br>P.O. Box 630892<br>Cincinnati, OH 45263-0892 | TriHealth Carepayment<br>Po Box 2398<br>Omaha, NE 68103-2398 | Trihealth, Inc.<br>c/o Rachel J. Mason<br>5181 Natorp Blvd., P.O. Box 498367<br>Cincinnati, OH 45249-7367 |
| Tristate Img Imaging Medical Grp<br>Po Box 42538<br>Cincinnati, OH 45242-0538 | UC Health<br>P.O. Box 630911<br>Cincinnati, OH 45263-0911 | Unifund CCR LLC<br>Po Box 42730<br>Columbus, OH 43235 |
| Unifund Ccr Llc<br>Attn: Bankruptcy Department<br>10625 Techwood Cir.<br>Cincinnati, OH 45242-2846 | Valero<br>P.O. Box 631<br>Amarillo, TX 79105-0631 | Verve<br>P.O. Box 31292<br>Tampa, FL 33631-3292 |
| Visa<br>P.O. Box 77044<br>Madison, WI 53707-1044 | Vision Financial Corp<br>PO Box 900<br>Purchase, NY 10577-0900 | WYSE Financial Services<br>3410 S. Galena St #250<br>Denver, CO 80231-5580 |
| Weltman Weinber & Reis Co., LPA<br>3705 Marlane Drive<br>Grove City, OH 43123-8895 | West Chester Medical Center<br>7700 University<br>West Chester, OH 45069-2505 | Western Union<br>PO Box 6036<br>Englewood, CO 80155-6036 |
| Worldwide Asset Purchasing II. LLC<br>c/o Gerlad E. Moore & Assoc. PC<br>2253 Northwest Pkwy, Suite 500<br>Marietta, GA 30067-8764 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).